```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

ANTHONY JUJUAN HOPKINS,             )
                                    )
    Petitioner,                     )
                                    )
vs.                                 )   CIVIL ACTION NO.14-00528-WS-B
                                    )
CHRISTOPHER GORDY,                  )
                                    )
    Respondent.                     )

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as time-barred and, further, that a certificate of appealability is hereby **DENIED**.

**DONE** this 24th day of March, 2016.

                                                   **s/WILLIAM H. STEELE**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**