```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ANTHONY JUJUAN HOPKINS,         )
                                )
     Petitioner,                )
                                )
vs.                             )   CIVIL ACTION NO.14-00528-WS-B
                                )
CHRISTOPHER GORDY,              )
                                )
     Respondent.                )

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as time-barred and, further, that a certificate of appealability is **DENIED.**

**DONE** this 24th day of March, 2016.

                              s/WILLIAM H. STEELE
                              **CHIEF UNITED STATES DISTRICT JUDGE**